IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARMAN DICKERSON              :

    Plaintiff                :

v.                            :    Case No. 1:07CV00177

HERITAGE CARE, INC.           :

    Defendant                :

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of D. Elizabeth Walker as lead counsel in this case for Defendant Heritage Care, Inc.

    Respectfully submitted,

    WALKER & MURPHY, LLP

    /S/
    _____
    D. Elizabeth Walker, Esq. DC 411981
    John J. Murphy, Esq. MD14407
    1700 Rockville Pike, Suite 400
    Rockville, Maryland 20852
    (301)998-6598
    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above Notice of Entry of Appearance was filed electronically pursuant to the rules of this Honorable Court on all parties of record this 16th day of February, 2007

/S/

_____
John J. Murphy
Walker & Murphy, LLP
1700 Rockville Pike, Suite 400
Rockville, Maryland 20852
(301)998-6598
*Attorneys for Defendant Heritage Care*